08-4845-ag, 08-5165-ag
NLRB v. Domsey Trading Corp.

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

**SUMMARY ORDER**

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY THIS COURT'S LOCAL RULE 32.1.1 AND FEDERAL RULE OF APPELLATE PROCEDURE 32.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

        At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 30th day of June, two thousand and ten.

Present:        AMALYA L. KEARSE,
                RALPH K. WINTER,
                ROSEMARY S. POOLER,
                        Circuit Judges.

_____

NATIONAL LABOR RELATIONS BOARD,

                                Petitioner/Cross-Respondent,

        -v-                                (08-4845-ag, 08-5165-ag)

DOMSEY TRADING CORPORATION, DOMSEY FIBER CORPORATION and DOMSEY INTERNATIONAL SALES CORPORATION, A Single Employer,

                                Respondent/Cross-Petitioner.

_____

Appearing for Petitioner/Cross-Respondent:

                        JEFF BARHAM (ROBERT J. ENGLEHART, on the brief) for
                        RONALD MEISBURG, General Counsel, National Labor
                        Relations Board, Washington, D.C.

Appearing for Respondent/Cross-Petitioner:

                        PAUL FRIEDMAN (DONALD GAMBURG and ANTHONY A.
                        MINGIONE, on the brief), Blank Rome LLP, New York, N.Y.

Petition for enforcement of an order of the National Labor Relations Board ("NLRB").

**ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the NLRB's petition for enforcement is **DENIED** and Domsey Trading Corp.'s petition for review is **DISMISSED**.

The NLRB seeks an order enforcing a September 30, 2007 decision and order and a September 25, 2008 decision and order awarding backpay against Domsey Trading Corporation, Domsey Fiber Corporation and Domsey International Sales Corporation, a single employer ("Domsey Trading Corp."). Domsey Trading Corp. has filed a cross-petition for review. In light of the Supreme Court's decision in *New Process Steel, L.P. v. National Labor Relations Board*, No. 08-1457, 2010 WL 2400089 (June 17, 2010), the NLRB's petition for review is **DENIED** and Domsey Trading Corp.'s petition for review is **DISMISSED** as premature. *See NLRB v. Talmadge Park*, No. 09-2601-ag, 2010 WL 2509132 (2d Cir. June 23, 2010). If, after further proceedings before the NLRB, a new petition for enforcement or petition for review is filed, the Clerk's Office shall refer the petition to this panel.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk